UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

———————————

No. 13-3071

———————————

UNITED STATES OF AMERICA,     Appellee

    v.

CHARLES EMOR,     Defendant

SUNRISE ACADEMY,     Petitioner-Appellant

# APPELLEE'S CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

Pursuant to the Clerk's order of July 29, 2013, appellee, the United States of America, submits the following certificate as to parties, rulings, and related cases:

A. *Parties and amici*: The parties to this appeal are SunRise Academy, appellant, and the United States of America, appellee. In the district court, SunRise Academy was a petitioner in a forfeiture proceeding arising out of a criminal prosecution brought by the United

States against defendant Charles Emor. Despite the case caption, Emor is not a party to this appeal. There are no amici.

B. *Ruling under review*: Appellant SunRise Academy challenges the Honorable Paul L. Friedman's determination that property found to constitute the criminal proceeds of a wire-fraud scheme to which Charles Emor entered a plea of guilty should be forfeited to the United States. After Judge Friedman had issued a preliminary order of forfeiture directing that over $2 million and a 2006 Lexus automobile be forfeited to the United States, SunRise filed a petition in the district court claiming an interest in the property and challenging the proposed forfeiture. SunRise now seeks review of Judge Friedman's June 18, 2013, orders (1) granting the government's motion to dismiss SunRise's petition for lack of standing and (2) entering a final order of forfeiture (orders appended to appellant's notice of appeal as Exhibits B and C). The opinion accompanying these orders (Exhibit A to the notice of appeal) is reported at *United States v. Emor*, __ F. Supp. 2d __, 2013 WL 3005366 (D.D.C. June 18, 2013).

C. *Related cases*: Appellee is unaware of any related cases.

> Respectfully submitted,
>
> RONALD C. MACHEN JR.
> United States Attorney
>
> ELIZABETH TROSMAN
> Assistant United States Attorney
>
> _____/s/_____
> ELIZABETH H. DANELLO
> D.C. Bar #407606
> Assistant United States Attorney
> 555 Fourth Street, NW, Room 8104
> Washington, D.C. 20530
> (202) 252-6829

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of August, 2013, I have caused a copy of the foregoing Appellee's Certificate as to Parties, Rulings, and Related Cases to be served by electronic means, through the Court's CM/ECF system, upon counsel for appellant, Stephen Sale and John Quinn.

> _____/s/_____
> ELIZABETH H. DANELLO
> Assistant United States Attorney

3