UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 13-3071

_____

United States of America,

       Appellee,

  v.

Charles Emor,

       Defendant,

  v.

Sunrise Academy,

       Petitioner – Appellant

### APPELLANT'S CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

Appellant, Sunrise Academy, submits its Certificate as to Parties, Rulings, and Related Cases, and states as follows:

**A. Parties and amici**: Sunrise Academy, Appellant, and the United States of America, Appellee, are the only parties to this appeal. Appellant, Sunrise Academy was a Petitioner in a forfeiture action that arose from the prosecution of Charles Emor in the United States District Court for the District of Columbia. Charles Emor is not a party to this appeal and there are no amici.

**B. Ruling for review**: Sunrise Academy appeals the District Court's rulings supporting its preliminary order of forfeiture holding that property claimed by Appellant Sunrise Academy was the proceeds of a wire-fraud scheme perpetrated by Charles Emor

and the District Court's June 18, 2013, Opinion, Order and Final Order of Forfeiture (these orders are attached to Appellant's Notice of Appeal as Exhibits A, B and C). The District Court's opinion is attached to Appellant's Notice of Appeal as Exhibit A and is reported at *United States v. Emor*, __ F. Supp. 2d __, 2013 WL 3005366 (D.D.C. June 18, 2013).

    **C. Related cases**: Appellant is unaware of any related cases.

Respectfully submitted,

_____/s/_____
John D. Quinn
D.C. Bar No. 267302
Stephen Sale
D.C. Bar No. 942243
Sale & Quinn, P.C.
1150 17th Street, N.W.
Suite 305
Washington, D.C. 20036
Tel: (202) 833-4170
Fax: (202) 887-5137
Quinn.j@salequinn.com

David B. Smith
VA Bar No. 25930
Smith & Zimmerman
108 North Alfred Street
Alexandria, Virginia 22314
Tel: (703) 548-8911
Fax: (703) 548-8935
dsmith@smithzimmerman.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28st day of August, 2013, I have caused a copy of the foregoing was served by CM/ECF on the following:

> Elizabeth H. Danello
> Ronald C. Machen
> Elizabeth Trosman
> United States Attorneys Office for
> The District of Columbia
> 555 4th St. N.W., Room 8104
> Washington, D.C. 20530

_____/s/_____
John D. Quinn